UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>                    Plaintiff,<br>          v.<br><br>THOMAS AMBROSINO, in his official capacity as Court Administrator of the Massachusetts Trial Court,<br><br>                    Defendant. | Civil Action No. 1:25-cv-11705-DJC |

**JOINT MOTION FOR STAY**

Plaintiff Courthouse News Service ("Plaintiff") and Defendant Thomas Ambrosino, in his official capacity as Court Administrator of the Massachusetts Trial Court ("Defendant"), jointly move to stay all deadlines in this case, including Plaintiff's deadline to serve Defendant with its summons and complaint. As grounds for this Motion, the parties state that they are in the midst of good faith negotiations toward a possible resolution of this matter. Specifically, the parties have discussed implementation of an online system that would allow pre-processing access to newly-filed complaints. Defendant currently anticipates needing approximately five months to implement this proposed solution. Accordingly, the parties agree that a stay would be appropriate, and would serve to conserve the Court's and the parties' time and resources.

WHEREFORE, the parties respectfully request that this case be stayed until **January 13, 2026**. On or before that date, if the matter has been resolved, Plaintiff will file a notice of dismissal. If the matter has not been resolved, Plaintiff will alert the Court of its intention to continue with the litigation and will serve Defendant with its summons and complaint.

Respectfully submitted,

| Plaintiff, by its attorneys, | Defendant, by his attorneys, |
|---|---|
| | ANDREA JOY CAMPBELL<br>ATTORNEY GENERAL |
| */s/ Jeffrey J. Pyle*<br>Jeffrey J. Pyle (BBO #647438)<br>PRINCE LOBEL TYE LLP<br>One International Place, Suite 3700<br>Boston, MA 02110<br>T: 617-456-8000<br>F: 617-456-8100<br>jpyle@princelobel.com | */s/ Marina Pullerits*<br>Marina Pullerits, BBO No. 704163<br>Assistant Attorney General<br>Government Bureau<br>One Ashburton Place<br>Boston, MA 02108<br>(617) 963-2968<br>marina.pullerits2@mass.gov |

Of Counsel:

Jonathan Fetterly
Katherine Keating
BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
E-Mail: jon.fetterly@bclplaw.com
E-Mail: katherine.keating@bclplaw.com

Motion for admission *pro hac vice* forthcoming

Date:   August 7, 2025

## CERTIFICATE OF SERVICE

   I, Marina Pullerits, hereby certify that on August 7, 2025, a copy of this document was served on counsel of record via the Court's electronic filing system. A copy will also be sent via email to:

Jeffrey J. Pyle
Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, MA 02110
jpyle@princelobel.com

Jonathan Fetterley
Bryan Cave Leighton Paisner LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
jon.fetterly@bclplaw.com

**Counsel for Plaintiff**

                */s/ Marina Pullerits*
                Marina Pullerits, BBO No. 704163
                Assistant Attorney General
                Government Bureau
                Office of the Attorney General
                One Ashburton Place
                Boston, MA 02108
                (617) 963-2968
                Marina.Pullerits2@mass.gov