UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>       Plaintiff,<br><br>  v.<br><br>THOMAS AMBROSINO, in his official capacity as Court Administrator of the Massachusetts Trial Court,<br><br>       Defendant. | Civil Action No. 1:25-cv-11705-DJC |

**JOINT MOTION TO EXTEND STAY**

Plaintiff Courthouse News Service ("Plaintiff") and Defendant Thomas Ambrosino, in his official capacity as Court Administrator of the Massachusetts Trial Court ("Defendant"), jointly move the Court to extend the stay in this case to **April 1, 2026**.

On August 7, 2025, the parties filed a joint motion in which they informed the Court that they were working toward a possible resolution of this matter, and that Defendant anticipated needing approximately six months to implement a solution that would allow pre-processing access to newly-filed complaints. *See* ECF 4. Accordingly, the parties requested that this case be stayed until January 13, 2026. *Id*. The Court granted the motion on August 8, 2025, and ordered that the stay be in effect until January 26, 2026. *See* ECF 5.

The parties continue to work together to resolve this matter, and Defendant continues to work toward implementing the solution described above. Defendant currently anticipates needing additional time to implement the solution. Accordingly, the parties request an extension of the stay until April 1, 2026. The parties agree that an extension of the stay is appropriate and would serve to conserve the Court's and the parties' time and resources.

WHEREFORE, the parties respectfully request that the stay be extended until **April 1, 2026**. On or before that date, if the matter has been resolved, Plaintiff will file a notice of dismissal. If the matter has not been resolved, Plaintiff will alert the Court of its intention to continue with the litigation and will serve Defendant with its summons and complaint.

Respectfully submitted,

| Plaintiff, by its attorneys, | Defendant, by his attorneys, |
|---|---|
|  | ANDREA JOY CAMPBELL<br>ATTORNEY GENERAL |
| */s/ Jeffrey J. Pyle*<br>Jeffrey J. Pyle (BBO #647438)<br>PRINCE LOBEL TYE LLP<br>One International Place, Suite 3700<br>Boston, MA 02110<br>T: 617-456-8000<br>F: 617-456-8100<br>jpyle@princelobel.com | */s/ Marina Pullerits*<br>Marina Pullerits, BBO No. 704163<br>Assistant Attorney General<br>Government Bureau<br>One Ashburton Place<br>Boston, MA 02108<br>(617) 963-2968<br>marina.pullerits2@mass.gov |

Of Counsel:

Jonathan Fetterly
Katherine Keating
BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
E-Mail: jon.fetterly@bclplaw.com
E-Mail: katherine.keating@bclplaw.com

Motion for admission *pro hac vice* forthcoming

Date:   December 23, 2025

## CERTIFICATE OF SERVICE

      I, Marina Pullerits, hereby certify that on December 23, 2025, a copy of this document was served on counsel of record via the Court's electronic filing system. A copy will also be sent via email to:

Jeffrey J. Pyle
Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, MA 02110
jpyle@princelobel.com

Jonathan Fetterley
Bryan Cave Leighton Paisner LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
jon.fetterly@bclplaw.com

**Counsel for Plaintiff**

                                        */s/ Marina Pullerits*
                                        Marina Pullerits, BBO No. 704163
                                        Assistant Attorney General
                                        Government Bureau
                                        Office of the Attorney General
                                        One Ashburton Place
                                        Boston, MA 02108
                                        (617) 963-2968
                                        Marina.Pullerits2@mass.gov