# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

COURTHOUSE NEWS SERVICE,

                Plaintiff,

v.

THOMAS AMBROSINO, in his official
capacity as Court Administrator of the
Massachusetts Trial Court,

                Defendant.

Civil Action No. 1:25-cv-11705-DJC

## JOINT STIPULATION OF DISMISSAL

Plaintiff Courthouse News Service and Defendant Thomas Ambrosino, in his official capacity as Court Administrator of the Massachusetts Trial Court, by and through their undersigned counsel, hereby stipulate to the dismissal of this action without prejudice, with all rights of appeal waived and with each party to bear its own attorney's fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(ii).

Respectfully submitted,

Plaintiff, by its attorneys,

Defendant, by his attorneys,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

*/s/ Jeffrey J. Pyle*
Jeffrey J. Pyle (BBO #647438)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
T: 617-456-8000
F: 617-456-8100
jpyle@princelobel.com

*/s/ Marina Pullerits*
Marina Pullerits, BBO No. 704163
Assistant Attorney General
Government Bureau
One Ashburton Place
Boston, MA 02108
(617) 963-2968
marina.pullerits2@mass.gov

Of Counsel:

Jonathan Fetterly
Katherine Keating
BRYAN CAVE LEIGHTON PAISNER
LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
E-Mail: jon.fetterly@bclplaw.com
E-Mail: katherine.keating@bclplaw.com

Motion for admission *pro hac vice*
forthcoming

Date:   April 1, 2026

2

**CERTIFICATE OF SERVICE**

I, Marina Pullerits, hereby certify that on April 1, 2026, a copy of this document was served on counsel of record via the Court's electronic filing system. A copy will also be sent via email to:

Jeffrey J. Pyle
Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, MA 02110
jpyle@princelobel.com

Jonathan Fetterley
Bryan Cave Leighton Paisner LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
jon.fetterly@bclplaw.com

**Counsel for Plaintiff**

/s/ Marina Pullerits
Marina Pullerits, BBO No. 704163
Assistant Attorney General
Government Bureau
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
(617) 963-2968
Marina.Pullerits2@mass.gov